No. 86–282.  DREXEL BURNHAM LAMBERT, INC., ET AL. v. KING.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/Amer-*

*ican Express Inc.* v. *McMahon, ante,* p. 220.